# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------

| | |
|---|---|
| JEREMY ZIELINSKI, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>DANIEL MARTUSCELLO,<br><br>        Defendant. | **Declaration of Travis Hudson**<br><br>Case No. _____ |

-----------------------------------------------

I, Travis Hudson, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a sincere believer of the Protestant Baptist faith, as I have been since I was a child.

2. For many years before I was incarcerated I went regularly to Lake Placid Baptist Church. I participated in prayer walks to spread the blessings of God and other activities with people in the congregation to practice my faith. We always looked for ways to find the Spirit of God in public holidays even if they ordinarily had no religious signs.

3. If I was not incarcerated, I would most definitely invite the other members of our congregation to watch the upcoming solar eclipse together. I cannot do that while here at Woodbourne, but watching the eclipse with the people I know here is a way for me to feel closer to God and remember that Jesus gave his life for our sins.

4. I would therefore like this court to require the facility to allow me and other people of faith, even different faiths, to watch the eclipse.

Executed on March 19, 2024
at Woodbourne, New York.

*/s/ Travis Hudson*
_____
Travis Hudson, DIN 16A1277
Woodbourne Correctional Facility
99 Prison Road, P.O. Box 1000
Woodbourne, NY 12788-1000