# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------

JEREMY ZIELINSKI, on behalf of himself       Declaration of David Haigh
and all others similarly situated,

               Plaintiff,            Case No. _____

   v.

DANIEL MARTUSCELLO, et al.,

               Defendants.
------------------------------------------------

I, David Haigh, declare under penalty of perjury that the following is true and correct pursuant to 28 U.S.C. § 1746:

1. I am currently registered with New York prison authorities as a Seventh Day Adventist and attend services every Saturday. Before I entered state custody I frequently joined other Christians at Hershey Evangelical Free Church in Hershey, Pennsylvania. I began attending Seventh Day Adventist services as I felt called by a close connection with peers.

2. I have attended services since about 1995. For three years at Penn State and Purdue universities, I was a member of Campus Crusade for Christ. My belief in Jesus Christ as redeemer from our sins as the will of God is sincere.

3. The New Testament tells us that as Jesus' life faded, the sky darkened over all the land and the sun went dark. The only phenomenon I know in God's creation that can cause this is a total solar eclipse. As the Bible also tells us God created light and darkness, the sun and the earth, I believe that being able to see all these forces coming together is a very important event, one which I have never been able to see before and which will not be available again for a very long time. I very strongly feel I and other people should be allowed to see the eclipse that will occur on April 8 for those reasons.

Executed on March 19, 2024
at Woodbourne, New York.

                                               David Haigh, DIN 19A0201
                                               Woodbourne Correctional Facility
                                               99 Prison Road, P.O. Box 1000
                                               Woodbourne, NY 12788-1000