# EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

JEREMY ZIELINSKI, on behalf of himself        Declaration of Bruce Moses
and all others similarly situated,

               Plaintiff,                      Case No. _____

v.

DANIEL MARTUSCELLO, et al., Defendants.

-------------------------------------------------

    I, Bruce Moses, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a follower of the Santeria religion and have been my whole life.

2. On March 14, 2024 I asked the Superintendent and Deputy Superintendent for Programs of Woodbourne Correctional Facility for permission to watch the April 8, 2024 solar eclipse which will be happening. I explained in my request that it is very important in Santeria to witness this event of a lifetime, to see GOD who is the sun and wakes everyone in the morning, and to make a spiritual offering. A copy of my request is attached.

3. On the same day March 14, DSP Glebocki denied my request, saying that the "NYSDOCCS Religious Holy Day Calendar 2024 does not note the viewing of the Solar Eclipse as one of the Santeria Religious Events, as such your request has been denied." I do not understand why a calendar made by DOCCS, who is not able to say what is and is not holy to me or in Santeria, matters. I am aware that the Plaintiff has received approval but DOCCS did not offer me the same right to me as a follower of Santeria. I would like the Court to make DOCCS allow me to see the eclipse so I can make a spiritual offering to God.

Executed on March 25, 2024
at Woodbourne, New York.

                                                            Bruce Moses #18A2398
                                                            Woodbourne Correctional Facility
                                                            99 Prison Road, P.O. Box 1000
                                                            Woodbourne, NY 12788-1000