# EXHIBIT H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------

JEREMY ZIELINSKI, on behalf of himself         Declaration of Oscar Nunez
and all others similarly situated,

                Plaintiff,                   Case No. _____

v.

DANIEL MARTUSCELLO, et al., Defendants.
------------------------------------------------

    I, Oscar Nunez, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

    1. I am a Senior member of the Santeria community at Woodbourne Correctional Facility.

    2. On March 14, 2024 I requested that the Superintendent of Woodbourne allow me to view the April 8, 2024 solar eclipse. As I explained in my request, a copy of which is attached, this is an opportunity to partake in a rare religious experience that will bring blessings and help me reach my religious goals. Members of the Ile (home) pray and chant to Ochu (the Moon) and Orun (the Sun) for blessings. When they meet in the eclipse this allows the vibrations of the Orishas to bless those who pray and chant.

    3. DOCCS, however, refuses to allow me to attend because they say the viewing of the eclipse is not on the "NYSDOCCS Religious Holy Day Calendar 2024." I understand the Plaintiff in this case is asking this Court to allow individuals such as myself to be allowed to view the eclipse with him, as he has been approved. I ask that the court order DOCCS to stop denying me permission to partake in this event as it is a part of my Santeria beliefs as explained above. Thank you.

Executed on March 25, 2024
at Woodbourne, New York.

                                                                         _____
                                                                         Oscar Nunez, DIN 17A0542
                                                                         Woodbourne Correctional Facility
                                                                         99 Prison Road, P.O. Box 1000
                                                                         Woodbourne, NY 12788-1000