# EXHIBIT J



# Corrections and Community Supervision

**KATHY HOCHUL**
Governor

**DANIEL F. MARTUSCELLO III**
Acting Commissioner

---

TO: Bruce Moses 18A2398 B-2-16

FROM: D. Glebocki, Deputy Superintendent for Program Services

SUBJECT: Request to view Solar Eclipse

DATE: March 14, 2024

---

This memorandum is in response to your March 14, 2024, letter concerning your request to view the April 8, 2024, Solar Eclipse as a religious event.

Per directive # 4022 "Special Event Program", "An incarcerated individual may attend only the religious holy day observance of their designated religion."

Be advised, facility records indicate that you are designated Santeria.

NYSDOCCS Religious Holy Day Calendar 2024 does not note the viewing of the Solar Eclipse as one of the Santeria Religious Events, as such your request has been denied.

Cc: D. Howard, Superintendent
File

Woodbourne Correctional Facility, 99 Prison Road, P.O. Box 1000, Woodbourne, NY 12788-1000 | (845) 434-7730 | www.doccs.ny.gov

P0030