# EXHIBIT K



**KATHY HOCHUL**
Governor

**DANIEL F. MARTUSCELLO III**
Acting Commissioner

# MEMORANDUM

**TO:** Incarcerated Population

**FROM:** Daniel F. Martuscello III, Acting Commissioner

**SUBJECT:** Total Solar Eclipse – Incarcerated Population

**DATE:** March 11, 2024

On April 8, 2024, New York State will be at the center of a total solar eclipse. In anticipation of this event, the Department has taken a proactive approach to ensure the safety of staff, visitors, and the incarcerated population, and to ensure the integrity of our facilities during this event. All facilities within the state will be impacted with some level of darkness during this event. However, twenty-three facilities fall directly within the path of totality and will experience total darkness, ranging from approximately one and a half minutes to approximately three and a half minutes.

The following 23 facilities will be in the path of the totality during the eclipse: Adirondack, Albion, Altona, Attica, Auburn, Bare Hill, Cape Vincent, Cayuga, Clinton, Collins, Five Points, Franklin, Gouverneur, Groveland, Lakeview Shock, Marcy, Mid-State, Mohawk, Orleans, Riverview, Upstate, Wende, and Wyoming.

On April 8, 2024, all facilities will operate on a holiday schedule. There will be no incarcerated movement in facilities from 2:00 p.m. to 5:00 p.m. and incarcerated individuals will remain in housing units except for emergency situations. For facilities in the path of totality, visitation will be canceled and publicized on the Department web page and social media, visitation at all other facilities will end at 2:00 p.m.

Family Reunion Program (FRP) units at facilities that are not located in the glide path, must be vacated and FRP visits terminated by noon on Monday, April 8, 2024. Normal operations will resume on Tuesday, April 9, 2024. For all facilities in the glide path, FRP units should be vacated by Sunday, April 7, 2024. FRP visits may resume at facilities within the glide path on Tuesday, April 9, 2024. These include facilities that utilize the shared site of an FRP facility in the glide path.

The Department has placed an order to purchase and distribute solar eclipse safety glasses to facilities in the path of totality for the incarcerated population.

Eclipse – Incarcerated Population
Page 2

**You must use solar eclipse safety glasses to view a partial eclipse, an annular or "ring of fire" eclipse, and the partial phases of a total eclipse. A total eclipse is partial most of the time within the path of totality and partial all of the time outside the path of totality. Although it may be tempting to look directly at an eclipse with unprotected eyes when so much of the sun is obscured, the small amount of light emitted from a 99.9 percent partially eclipsed Sun is still dangerous.**

A meeting with the Incarcerated Liaison Committee will be held in advance of the eclipse to discuss the operational plan and incarcerated safety.

In addition, this memorandum will be posted in all housing units, the general library, and the law library.