# Exhibit 4

Science & Tech    Biographies    Animals & Nature    Geography & Travel    Arts & Culture    Money    Videos

Home  >  Philosophy & Religion  >  Scriptures

← Islam Article

# Islam summary

## Learn about the beliefs, practices, and history of Islam

Cite    Share

Written and fact-checked by
**The Editors of Encyclopaedia Britannica**
Last Updated: Mar 15, 2024

**Below is the article summary. For the full article, see Islam.**



**Muslim pilgrims at Mecca**
Muslim pilgrims at the Great Mosque, Mecca, Saudi Arabia.

**Islam**, Major world religion founded by Muhammad in Arabia in the early 7th century CE. The Arabic word *islām* means "surrender"—specifically, surrender to the

Prophet Muhammad as the last and most perfect of God's messengers, who include [Adam](), [Abraham](), [Moses](), [Jesus](), and others. The sacred scripture of Islam is the [Qurʾān](), which contains God's revelations to Muhammad. The sayings and deeds of the Prophet recounted in the Sunnah are also an important source of belief and practice in Islam.

The religious obligations of all Muslims are summed up in the Five Pillars of Islam, which include the profession of faith (*shahādah*) in God and his Prophet, prayer (*ṣalāt*), charity (*zakāt*), pilgrimage (hajj), and fasting (*ṣawm*). The fundamental concept of Islam is the [sharia]()—its law, which embraces the total way of life commanded by God. Observant Muslims pray five times a day and join in community worship on Fridays at a mosque, where worship is led by an [imam](). Every believer is required to make a pilgrimage to [Mecca](), the holiest city, at least once in a lifetime, barring poverty or physical incapacity. The month of [Ramadan]() is set aside for fasting. Alcohol and pork are always forbidden, as are gambling, usury, fraud, slander, and the making of images. In addition to Eid al-Fitr, which celebrates the breaking of the fast of Ramadan, Muslims celebrate Muhammad's

Divisions occurred early in Islam, brought about by disputes over the succession to the leadership of the Muslim community (*ummah*). The Shiʿah argued that Muhammad had designated his son-in-law ʿAli ibn Abī Ṭālib as his successor. The Sunnis, who today make up the majority of Muslims, argued he did not designate a specific successor. Another significant element in Islam is the mysticism known as [Sufism](#). The encounters with the West in the 19th and 20th centuries prompted the rise of fundamentalist movements that have voiced grievances they attribute to colonialism and a perceived decadence of Islamic society. In the early 21st century there were more than 1.5 billion Muslims in the world.



### ʿĀʾishah Summary

ʿĀʾishah was the third wife of the Prophet Muhammad (the founder o…



### Al-Azhar University Summary

Al-Azhar University, chief centre of Islamic and Arabic learning in the…



### Allah Summary

Allah, the one and only God in Islam. Etymologically, the name Allah is…