# Exhibit 5

Home   Games & Quizzes   History & Society   Science & Tech   Biographies   Animals & Nature   Geograph

Home > Philosophy & Religion > Religious Beliefs

← **Hadith Article**

# Ḥadīth summary

✓ Cite      ⤴ Share

Written and fact-checked by
The Editors of Encyclopaedia Britannica

**Below is the article summary. For the full article, see Hadith.**

**Ḥadīth** , In Islam, the tradition or collection of traditions attributed to the Prophet Muhammad that include his sayings, acts, and approval or disapproval of things. Ḥadīth is revered by Muslims as a major source of religious law and moral guidance. It consists of two parts: the oral law itself and the *isnād*, or chain of authorities who passed it down to posterity. The various collections of Ḥadīth provide the major source for studying the development of Islam in its first few centuries.



**Muslim Brotherhood Summary**
Muslim Brotherhood, religiopolitical organization founded in 1928 at...



### Jaʿfar al-Ṣādiq Summary

Jaʿfar al-Ṣādiq was the sixth imam, or spiritual successor to the Prophet…



### Aḥmad ibn Ḥanbal Summary

Aḥmad ibn Ḥanbal was a Muslim theologian, jurist, and martyr for hi…

Home  >  Lifestyles & Social Issues
>  Social Movements & Trends

← **Muslim Brotherhood Article**

# Muslim Brotherhood summary

 

Written and fact-checked by
The Editors of Encyclopaedia Britannica

**Below is the article summary. For the full article, see Muslim Brotherhood.**

**Muslim Brotherhood**, Arabic **Al-Ikhwān al-Muslimūn**, Religio-political organization founded in Egypt in 1928 by Ḥasan al-Bannā (1906–49) that promoted the Qurʾān and Ḥadīth as the proper basis for society. It quickly gained many followers throughout North Africa and the Middle East and influenced the development of Muslim groups in other regions. It became politicized after 1938, rejecting Westernization, modernization, and

1960s and '70s. Beginning in the late 1980s, it experienced an upsurge; though its candidates were often listed under other parties, Brotherhood candidates competed in legislative elections in Egypt and Jordan.



### Hadith Summary

Hadith, corpus of the sayings or traditions of the Prophet Muhamma...



### Qurʾān Summary

Qurʾān, the sacred scripture of Islam. According to conventional Islamic...



### modernization Summary

Modernization, in sociology, the transformation from a traditional,...



### Islam Summary

Islam, major world religion promulgated by the Prophet...