# Exhibit 6



بُلُوغُ المَرام
من أدلّة الأحكام

# Bulugh Al-Maram

## Attainment of the Objective according to Evidence of the Ordinances

Compiled by:

العلامة الحافظ ابن حجر العسقلاني رحمه الله
### Al-Hafiz Ibn Hajar Al-Asqalani

With Brief Notes from the Book
### Subul-us-Salam
written by:
Muhammad bin Ismail As-Sanani



DARUSSALAM

## DARUSSALAM
A MULTILINGUAL INTL. PUBLISHING HOUSE
Riyadh, Houston, New York, London, Lahore

بُلوغ المَرام
من أدلة الأحكام

# Bulugh Al-Maram

Attainment of the Objective
according to Evidence
of the Ordinances

Compiled by:
**Al-Hafiz Ibn Hajar Al-Asqalani**
With Brief Notes from the Book
Subul-us-Salam

Written by:
**Muhammad bin Ismail As-Sanani**

Published by:

## DARUSSALAM

Publishers & Distributors
Riyadh, Saudi Arabia

 ALL RIGHTS RESERVED ©     جميع حقوق الطبع محفوظة

No part of this book may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying and recording or by information storage and retrieval system, without the permission of the publisher.

Second Edition: September 2002

Supervised by:
## ABDUL MALIK MUJAHID

**Headquarters:**
P.O. Box: 22743, Riyadh 11416, KSA
Tel: 00966-1-4033962/4043432
Fax: 00966-1-4021659
E-mail: darussalam@naseej.com.sa
Website: http://www.dar-us-salam.com
Bookshop: Tel: 00966-1-4614483
             Fax: 00966-1-4644945

**Branches & Agents:**
**K.S.A.**
- Jeddah: Tel & Fax: 00966-2-6807752
- Al-Khobar: Tel: 00966-3-8692900
             Fax: 00966-3-8691551

**U.A.E.**
- Tel: 00971-6-5632623 Fax: 5632624

**PAKISTAN**
- 50-Lower Mall, Lahore
  Tel: 0092-42-7240024 Fax: 7354072
- Rahman Market, Ghazni Street
  Urdu Bazar, Lahore
  Tel: 0092-42-7120054 Fax: 7320703

**U.S.A.**
- Houston: P.O. Box: 79194 Tx 77279
  Tel: 001-713-722 0419
  Fax: 001-713-722 0431
  E-mail: sales @ dar-us-salam.com
  Website: http:// www.dar-us-salam.com
- New York: 572 Atlantic Ave, Brooklyn
  New York-11217, Tel: 001-718-625 5925

**U.K.**
- London: Darussalam International
  Publications Ltd., 226 High Street,
  Walthamstow, London E17 7JH U.K.
  Tel: 0044-208 520 2666
  Mobile: 0044-794 730 6706
  Fax: 0044-208 521 7645
- Darussalam International Publications Limited
  Regent Park Mosque, 146 Park Road,
  London NW8 7RG,
  Tel: 0044-207 724 3363

**FRANCE**
- Editions & Libairie Essalam
  135, Bd de Ménilmontant 75011 Paris
  (France)
  Tél: 01 43 381956/4483 - Fax 01 43 574431
  Website: http: www.Essalam.com
  E-mail: essalam@essalam.com

**AUSTRALIA**
- Lakemba NSW: ICIS: Ground Floor
  165-171, Haldon St.
  Tel: (61-2) 9758 4040 Fax: 9758 4030

**MALAYSIA**
- E&D BOOKS SDN. BHD.
  321 B 3rd Floor, Suria Klcc,
  Kuala Lumpur City Center 50088
  Tel: 00603-216 63433 Fax: 459 72032

**SINGAPORE**
- Muslim Converts Association of Singapore
  Singapore-424484
  Tel: 0065-440 6924, 348 8344
  Fax: 440 6724

**SRILANKA**
- Darul Kitab 6, Nimal Road, Colombo-4
  Tel: 0094-1-589 038 Fax: 0094-74 722433

**KUWAIT**
- Islam Presentation Committee
  Enlightenment Book Shop, P.O. Box: 1613
  Safat 13017 Kuwait
  Tel: 00965-244 7526 Fax: 240 0057

**INDIA**
- Islamic Dimensions
  56/58 Tandel Street (North)
  Dongri, Mumbai 4000 009, India
  Tel: 0091-22-3736875, Fax: Fax: 3730689
  E-mail: sales@IRF.net

**SOUTH AFRICA**
- Islamic Da'wah Movement (IDM)
  48009 Qualbert 4078 Durban, South Africa
  Tel: 0027-31-304-6883, Fax: 0027-31-305-1292
  E-mail: idm@ion.co.za

# CONTENTS

| | |
|---|---|
| The Author's Biography | 7 |
| Introduction | 9 |
| A Note from the Publisher | 10 |
| Brief biographies of the eminent *Imāms* of *Hadīth* whose names are mentioned in this book | 11 |
| 1. The Book of Purification | 19 |
| Chapter 1. Water | 19 |
| Chapter 2. Utensils | 23 |
| Chapter 3. The nature and cleansing of *An-Najasah* (impurities) | 25 |
| Chapter 4. *Wūdu'* (ablution) | 28 |
| Chapter 5. *Mash* (wiping) over *Khuffain* (two leather socks) | 35 |
| Chapter 6. The nullification of *Wudu'* (ablution) | 39 |
| Chapter 7. Manners related to answering the call of nature | 45 |
| Chapter 8. *Ghusl* (bath) and the ruling of the sexually impure person | 50 |
| Chapter 9. *Tayammum* (purification with soil) | 55 |
| Chapter 10. Menstruation | 59 |
| 2. The Book of Prayer | 64 |
| Chapter 1. The Times of *Salāt* (prayers) | 64 |
| Chapter 2. *Al-Adhān* (the call to prayer) | 70 |
| Chapter 3. The conditions of *Salāt* (prayer) | 77 |
| Chapter 4. *Sutra* (screen) in prayer | 83 |
| Chapter 5. *Khushū'* (humility) in *Salāt* (prayer) | 86 |
| Chapter 6. Mosques | 89 |
| Chapter 7. The description of the *Salāt* (prayer) | 93 |
| Chapter 8. *Sujud As-Sahw* and other matters | 116 |
| Chapter 9. Voluntary Prayer | 124 |
| Chapter 10. Prayer in congregation and the imamate | 134 |
| Chapter 11. The prayer of a traveler and a sick person | 143 |
| Chapter 12. *Al-Jumu'a* Prayer | 148 |
| Chapter 13. *Salāt-ul-Khauf* (prayer in time of fear) | 156 |
| Chapter 14. The prayers of the two *'Eid* (festivals) | 160 |
| Chapter 15. *Salāt Al-Kusuf* (prayer at an eclipse) | 164 |
| Chapter 16. *Salāt-ul-Istisqa* (prayer for rain) | 166 |
| Chapter 17. The manners of clothing | 171 |

| Contents | 4 |

3. The Book of Funerals ... 174
4. The Book of *Zakat* ... 191
Chapter 1. *Sadaqat-ul-Fitr* ... 200
Chapter 2. Voluntary alms ... 201
Chapter 3. The division of *Sadaqāt* ... 205
5. The Book of *Siyām* (fasting) ... 209
Chapter 1. The voluntary fasting and the days fasting has been prohibited ... 217
Chapter 2. *Al-I'tikāf* and offering of prayers during the nights of Ramadān ... 221
6. The Book of *Hajj* (pilgrimage) ... 225
Chapter 1. *Hajj* – Its merit and the definition of those upon whom it was prescribed ... 225
Chapter 2. *Miqāt* ... 229
Chapter 3. The manners and nature of the *Ihrām* ... 231
Chapter 4. The *Ihrām* and its related activities ... 231
Chapter 5. The nature of the *Hajj* (pilgrimage) and entering Makkah ... 236
Chapter 6. Missing the *Hajj* (pilgrimage) and being detained ... 250
7. The Book of Business Transactions ... 252
Chapter 1. Conditions of business transactions and those which are forbidden ... 252
Chapter 2. Conditional bargains ... 266
Chapter 3. *Ar-Riba* (interest) ... 268
Chapter 4. Permission regarding the sale of *Al-'Arāya* and the sale of trees and fruits ... 273
Chapter 5. Payment in advance, a loan and a pledge ... 275
Chapter 6. Bankruptcy and seizure ... 277
Chapter 7. Reconciliation ... 281
Chapter 8. The transfer of a debt and surety ... 283
Chapter 9. Partnership and agency ... 284
Chapter 10. *Al- Iqrār* (the confession) ... 286
Chapter 11. *Al-'Aariya* (the loan) ... 286
Chapter 12. *Al-Ghasb* (the wrongful appropriation) ... 288
Chapter 13. *Ash-Shuf'a* (the option to buy neighbouring property) ... 290
Chapter 14. *Al-Qirād* ... 292
Chapter 15. *Al-Musaqāt* and *Al-Ijara* (tending palm-trees and the wages) ... 293
Chapter 16. The cultivation of barren lands ... 296
Chapter 17. *Al-Waqf* (the endowment) ... 298
Chapter 18. *Hiba*, *'Umra* and *Ruqba* (gifts, life-tenancy, and giving property which goes to the survivor) ... 300

Bulugh Al-Maram                              5                              بُلوغ المَرام

Chapter 19. *Luqata* (lost and found items) ... 303
Chapter 20. *Al-Farā'id* (the shares of inheritance) ... 306
Chapter 21. *Al-Wasāya* (the wills and testaments) ... 310
Chapter 22. Trusts ... 312
8. The Book of Marriage ... 313
Chapter 1. Equality in marriage and right of choice ... 322
Chapter 2. Relations with the wives ... 327
Chapter 3. The bridal gift (*Mahr*) ... 331
Chapter 4. *Al-Walima* (the wedding feast) ... 335
Chapter 5. Division of visits to one's wives ... 338
Chapter 6. *Al-Khul'* (separating from a wife for a compensation) ... 340
Chapter 7. *At-Talāq* (divorce) ... 342
Chapter 8. *Ar-Raj'a* (taking back a wife after a divorce which is not final) ... 347
Chapter 9. *Al-'Iylā'*, *Az-Zihār* and *Al-Kaffāra* ... 348
Chapter 10. *Al-Li'ān* (invoking curses) ... 350
Chapter 11. *Al-'Iddah, Al-Ihdād; Al-Istibrā'*, and other pertinent matters ... 354
Chapter 12. *Ar-Ridā'* (suckling of one's child by a woman other than his mother) ... 360
Chapter 13. Maintenance ... 364
Chapter 14. *Al-Hidāna* (guardianship) ... 368
9. The Book of *Jināyat* (offenses) ... 371
Chapter 1. Types of *Diyāt* (blood money) ... 378
Chapter 2. Accusation with a murder and taking an oath ... 384
Chapter 3. Killing of the transgressive people ... 385
Chapter 4. Fighting against offenders and killing apostates ... 387
10. The Book of *Hudud* (prescribed punishments) ... 390
Chapter 1. The prescribed punishment for committing fornication ... 390
Chapter 2. The prescribed punishment for false accusation of *Zina* ... 397
Chapter 3. The prescribed penalty for theft ... 399
Chapter 4. The prescribed punishment for drinking and explanation of intoxicant ... 403
Chapter 5. Flogging and the ordinance regarding an assailant ... 407
11. The Book of *Jihād* ... 409
Chapter 1. *Jizya* and *Hudna* (head tax and truce) ... 422
Chapter 2. Racing and shooting ... 425
12. The Book of Foods ... 427
Chapter 1. Game and animals which may be slaughtered ... 429
Chapter 2. The sacrifices ... 433

| Contents | 6 |

Chapter 3. *Al-'Aqiqa* (Birth Rite Ceremony) ... 436
13. The Book of Oaths and Vows ... 438
14. The Book of Judgement ... 445
Chapter 1. The testimonies ... 449
Chapter 2. *Da'wa* and *Baiyināt* (claims and evidences) ... 451
15. The Book of Emancipation ... 455
Chapter 1. Matters pertaining to *Mudabbar*, *Mukātab* and *Umm-ul-Walad* ... 458
16. The Comprehensive Book ... 461
Chapter 1. Good manners ... 461
Chapter 2. Kindness, and joining the ties of relationship ... 465
Chapter 3. Ascetism and piety ... 468
Chapter 4. Warning against evil conduct ... 472
Chapter 5. Exhortation to good character ... 480
Chapter 6. Remembrance of Allah and supplications ... 485
Glossary ... 495

# THE AUTHOR'S BIOGRAPHY

The full name of the famous Imam Al-Hāfiz Ibn Hajar Al-'Asqalāni is Abul-Fadl, Shihābuddin Ahmad bin 'Ali bin Muhammad bin Muhammad bin Ahmad Al-Kināni Ash-Shāfi'i. Ibn Hajar Al-'Asqalāni was born on the 10th of Sha'bān, 773 H. in Egypt, where he grew up also. He memorized the Qur'ān at the age of nine years. He also memorized *Al-Hāwi*, the book *Mukhtasar* of Ibn Al-Hajib, and other books. He traveled to Makkah and listened to the teaching of its *'Ulama*. He admired the knowledge of *Hadith* and began to acquire it from the great Shaykhs in Hijāz, Ash-Shām, Egypt and stayed with Az-Zain Al-'Irāqi for ten years. He also studied under Al-Balqini, Ibn Al-Mulaqqin and others. Many eminent Shaykhs of his time approved his knowledge and allowed him to give religious verdicts and teach.

He had learned the two sources (Qur'ān and *Hadith*) from Al-'Izz bin Jamā'a, the language from Al-Majd Al-Fairuzabādi, the Arabic from Al-'Amāri, literature and poetry from Al-Badr Al-Mushtaki and writing from a group of professors. He also recited some parts of the Qur'ān in all the seven styles of recitation before At-Tanukhi.

He occupied himself with the promotion of the knowledge of *Hadith*, so he dwelt in its study, teaching, writing and giving *Fatawa* (religious verdicts). He also taught *Tafsir* (interpretation of the Qur'ān), *Hadith*, *Fiqh* (jurisprudence) and preached at many places like Al-Azhar, Jāmi' 'Amr and others. He also dictated to his students from his memory. Many highly educated people and distinguished scholars traveled to him to acquire from his vast knowledge.

Ibn Hajar Al-'Asqalāni authored more than 150 books – most of them being in the studies of *Hadith* – which flourished during his lifetime, and the kings and princes exchanged them as gifts. His book most worthy of mentioning is *Fath Al-Bāri* – the commentary of *Sahih Al-Bukhāri*, which he started in the beginning of 817 H., after finishing its introductory part in 813 H., and completed the whole commentary in Rajab 842 H. After the completion of the commentary, he had a gathering attended by the Muslim dignitaries and spent 500 Dinar on it. Then some kings requested it and paid 300 Dinar.

Ibn Hajar became the *Qādi* of Egypt, and then Ash-Shām was also added to his jurisdiction which he held for more than twenty-one years. He was against holding the office of the *Qādi* at first, until the Sultan assigned to him a special case. Then, he accepted to represent Al-Balqini, when he begged him very much to preside for him as *Qādi*. Then, he presided for others until he was assigned to hold the office of Chief *Qādi* on 12 Muharram, 827 H. He then left, but had to take the office of the Chief *Qādi* seven times until he left

it finally in 852 H. which is the year in which he died.

As concerns his personality, Al-'Asqalāni was humble, tolerant, patient and enduring. He was also described as being steadfast, prudent, ascetic, selfless, generous, charitable and a person praying and fasting voluntarily. On the other hand, he was said to be used to making light jokes and telling of humorous anecdotes. He also had good manners in dealing with all the Imams, of the earlier generations and later generations, and with all those who sat with him, whether old or young.

Ibn Hajar died after the *'Ishā* prayer on Saturday, 8th Dhul-Hijja, 852 H. May Allah reward him generously.

# INTRODUCTION

Praise is to Allah for his apparent and concealed bounties at all times, and peace and blessings be upon His Prophet and Messenger Muhammad, his family and companions who strove steadfastly in the path of serving Allah's religion, and their followers who inherited the knowledge – for the *'Ulama* are the heirs of the Prophets – and may they be honored, whether they be *Wārith* (those who inherit) or *Mawrūth* (those who are inherited from).

To proceed; this is a concise book comprising the *Hadith* evidence sources of the *Shariah* Rulings, which I have compiled meticulously, so that the one who memorizes it excels among his peers, it may assist the beginner student and the learned one seeking more knowledge may find it indispensable.

I have indicated at the end of every *Hadith* the Imām who collected it, in order to be honest to the (Muslim) *Ummah*. Therefore, *As-Sab'a* (the Seven) stands for Ahmad, Al-Bukhāri, Muslim, Abu Dā'ud, An-Nasā'i, At-Tirmidhi and Ibn Mājah. *As-Sitta* (the Six)[1] stands for the rest excluding Ahmad. *Al-Khamsa* (the Five)[2] stands for the rest except Al-Bukhāri and Muslim, or I may say *Al-Arba'a* (the Four)[3] and Ahmad. I mean by *Al-Arba'a* (the Four) all except the first three (i.e. Ahmad, Al-Bukhāri and Muslim), and by *Ath-Thalātha* (the Three)[4] I mean all except the first three and the last one. I mean by *Al-Muttafaq 'alaih* (the Agreed upon)[5] Al-Bukhāri and Muslim, and I might not mention with them anyone else; and whatever is besides these (seven collectors) is clear [i.e. clearly mentioned by name].

I have named it (this book) *Bulūgh Al-Marām min Adillat Al-Ahkām* (Attainment of the Objective according to Evidence of the Ordinances); and I pray to Allah not to render, what we have learned, a calamity against us; but may He guide us to act according to what pleases Him – the Glorified and Exalted One.

---

[1] By Six he means: Al-Bukhāri, Muslim, Abu Dā'ud, An-Nasā'i, At-Tirmidhi and Ibn Mājah.

[2] By Five he means: Ahmad, Abu Dā'ud, An-Nasā'i, At-Tirmidhi and Ibn Mājah.

[3] By Four he means: Abu Dā'ud, An-Nasā'i, At-Tirmidhi, and Ibn Mājah.

[4] By Three he means: Abu Dā'ud, An-Nasā'i and At-Tirmidhi.

[5] By 'the Agreed upon' he means: *Ahadith* accepted and agreed to by both Imam Bukhāri and Imam Muslim.

The Most reliable *Hadith* is that one which has been narrated by Bukhāri and Muslim. Secondly is the *Hadith* which has been narrated only by Bukhāri. Third in reliability is that which has been narrated by Muslim alone. *Ahadith* narrated by An-Nasā'i, At-Tirmidhi, Abu Dā'ud, Ibn Mājah and Muwatta' of Imām Mālik are graded thereafter in the line of reliability, and then comes the place of *Ahadith* mentioned in other books. This established order of reliability should be followed where there is a contention.

# A NOTE FROM THE PUBLISHER

In line with our main object of propagating the pure teachings of Qur'ān and *Sunnah*, we are presenting the English translation of the book *Bulugh Al-Marām* based upon the *Ahadith* of our Prophet ﷺ. There are many authentic books of *Ahadith*, in all of these collections, *Bulugh Al-Marām* holds a distinction in the respect that it is based on such *Ahadith* of the Prophet ﷺ which have been the sources of Islamic Jurisprudence. Allama Hafiz Ibn Hajar Asqalāni has also recorded the true significance of almost each *Hadīth*, thus making it more valuable and useful in many respects. He has also mentioned the origins of the *Ahadith* and made a comparison of the versions in case the sources are more than one. One more distinctive feature, along with others, is that the versions have also been shortened to present just the main purpose of the *Hadīth* according to its classification under the chapter. Because of these preferential qualities, *Bulugh Al-Marām* has been accepted widely and is among the most sought-after books of *Ahadith*.

We hope that like its other translations, this English translation will also acclaim popularity and people will get benefited from it.

We want to point out that the publishing of Islamic books in non-Arabic language is not an easy task as it needs a colossal work and a great deal so that it can be saved from lingual, creedal and methodical errors.

All praise is due to Allah that all of us in Darussalam have great enthusiasm regarding the propagation of the teachings of Qur'ān and *Sunnah*. The members of Darussalam put their each and every effort and worked very hard all year round to present this book in such a good form. I am thankful to Allah that the task has been completed in the desired way with His help only.

My gratitudes and thanks are for the members of the team who provided their great efforts and fulfilled their tasks assigned to them in computerization, editing, compilation and correction of manuscripts:

I ask Allah عزوجل to accept this humble task from us, which we have done purely for His pleasure and put it in the balances of all those who participated in this presentation.

Finally, we should admit that being a human task, it may be that any mistake in composing or translation has been overlooked so if any mistake is observed by any reader, it should be sent to us for correction in the next edition. We will be thankful for any such correction indicated.

May peace and blessings of Allah be upon our Prophet Muhammad, his family, Companions and all who follow him.

Abdul Malik Mujahid<br>
General Manager<br>
Darussalam Publications,<br>
Riyadh, Saudi Arabia

| The Book of Prayer | 164 | كِتَابُ الصَّلَاةِ |

# Chapter 15
## SALAT AL-KUSUF[1]
## (PRAYER AT AN ECLIPSE)

١٥ - بَابُ صَلَاةِ الكُسُوفِ

**401.** Narrated Mughira bin Shu'ba ؓ: That there was a solar eclipse in the time of Allāh's Messenger ﷺ on the day his son Ibrāhim[2] died. The people said, "The eclipse of the sun has happened due to the death of Ibrāhim." Allāh's Messenger ﷺ said, "The sun and the moon are two of Allāh's signs; they are not eclipsed due to the death or the life[3] of anyone. So when you see them (the eclipse of the moon or sun) supplicate to Allāh and offer prayers until the eclipse is over.[4]" [Agreed upon]. In a narration of Al-Bukhāri it has: "till it becomes bright."

Al-Bukhāri's narration from Abū Bakra ؓ has: Pray and supplicate (to Allāh) till (the eclipse) is over."

**402.** Narrated 'Aisha ؓ: Allāh's Messenger ﷺ recited (from the Qur'ān) in an audible voice[5] in the prayer at an eclipse, and prayed two Rak'at in

(٤٠١) عَنِ المُغِيرَةِ بْنِ شُعْبَةَ رَضِيَ اللَّهُ تَعَالَى عَنْهُ قَالَ: انْكَسَفَتِ الشَّمْسُ عَلَى عَهْدِ رَسُولِ اللهِ ﷺ يَوْمَ مَاتَ إِبْرَاهِيمُ، فَقَالَ النَّاسُ: انْكَسَفَتِ الشَّمْسُ لِمَوْتِ إِبْرَاهِيمَ، فَقَالَ رَسُولُ اللهِ ﷺ: «إِنَّ الشَّمْسَ وَالقَمَرَ آيَتَانِ مِنْ آيَاتِ اللهِ، لَا يَنْكَسِفَانِ لِمَوْتِ أَحَدٍ وَلَا لِحَيَاتِهِ، فَإِذَا رَأَيْتُمُوهُمَا فَادْعُوا اللَّهَ وَصَلُّوا، حَتَّى تَنْكَشِفَ». مُتَّفَقٌ عَلَيْهِ. وَفِي رِوَايَةٍ لِلْبُخَارِيِّ: «حَتَّى تَنْجَلِيَ».

وَلِلْبُخَارِيِّ مِنْ حَدِيثِ أَبِي بَكْرَةَ: «فَصَلُّوا، وَادْعُوا، حَتَّى يَنْكَشِفَ مَا بِكُمْ».

(٤٠٢) وَعَنْ عَائِشَةَ رَضِيَ اللَّهُ تَعَالَى عَنْهَا، أَنَّ النَّبِيَّ ﷺ جَهَرَ فِي صَلَاةِ الكُسُوفِ بِقِرَاءَتِهِ، فَصَلَّى أَرْبَعَ رَكَعَاتٍ، فِي رَكْعَتَيْنِ وَأَرْبَعَ

---

[1] The meaning of the words *Kusūf* and *Khusūf* (the solar and lunar eclipse) is "to become changed". The word *Khusūf* is usually applied to a lunar eclipse, whereas *Kusūf* is applied to a solar one; but these are also used interchangably.

[2] His mother was Maria, the Egyptian, wife of Allāh's Messenger ﷺ and a former slave, given to him as a gift by Al-Muqawqis the ruler of Alexandria and Egypt. Ibrāhim was born in Jumada-al-Ula 9 H. and died on 29 Shawwāl 11 H. at the age of 18 months. He was buried at Al-Baqi' and he (ﷺ) said, "He has someone to complete his suckling period in Paradise."

[3] In the days of *Jahiliya* (pre-Islamic period), people used to believe that whenever a person of eminence is either born or passes away, a solar or lunar eclipse takes place. The Prophet ﷺ refuted this idea.

[4] This prayer is unanimously regarded as *Sunnah*. It consists of two *Rak'at*, with two *Ruku'* (bowing) in each *Rak'a*. As this prayer has been instructed to be offered at the sighting of an eclipse, the majority of the scholars have maintained that it be performed even during those hours during which prayers are normally not performed. Furthermore, there are various other modes also related to the offering of this prayer but they are all faulty.

[5] Whether the lunar and solar Eclipse prayers be offered in an audible voice or an inaudible one is again a disputed point. However, offering it in an audible voice is proven from a *Marfu'* Hadith (attributed to the Prophet).

**Bulugh Al-Maram** 165 بُلوغ المَرام

which he bowed four times[1] and prostrated four times." [Agreed upon. This is the wording of Muslim]. In another narration of Muslim: "He ﷺ sent an announcer to announce: The prayer is (to be offered) in congregation".[2]

403. Narrated Ibn 'Abbās ؓ: There was an eclipse of the sun in the life-time of Allāh's Messenger ﷺ and then he prayed and stood for a long time, about as long as it would take to recite *Sūrat Al-Baqarah.* Then, he bowed for a long time, and then he raised his head and stood for a long time, which was less than the first standing. Then, he bowed again for a long time, which was less than the first bowing. Then, he prostrated (twice) and then he stood for a long time, which was less than the first time standing. Then, he bowed for a long time, which was less than the first bowing. Then, he raised his head and stood up for a long time, which was less than the first standing. Then, he bowed for a long time, which was less than the first bowing. Then he prostrated (twice), and then he finished (the prayer), and the sun had become bright. He then delivered a *Khutba* (religious talk, sermon).[3] [Agreed upon]. And the wording is Al-Bukhārī's. In a narration of Muslim: "When there was an eclipse of the sun, Allāh's Messenger ﷺ performed eight bowings with four prostrations [in a two *Rak'ah* prayer for Eclipse]"

Muslim reported from 'Ali ؓ similarly.

He also reported from Jābir ؓ: "He

---

[1] Contrary to other prayers, this prayer is with two *Ruku'* (bowings) in each *Rak'a*.

[2] According to the sound *Hadīth* this manner of calling – for any other prayer except the Eclipse prayer – is not approved.

[3] It is known from this *Hadīth* that *Khutba* (religious talk, sermon) is also delivered with the Eclipse prayer.

(Allāh's Messenger ﷺ) performed six bowings with four prostrations [in a two *Rak'ah* prayer for Eclipse]."

Narrated Ubai bin Ka'b ؓ: "He (the Prophet ﷺ) prayed (the Eclipse prayer) and bowed five times and prostrated twice (in the first *Rak'ah*), and in the second *Rak'a* he also did the same." [Abu Dā'ud]

404. Narrated Ibn 'Abbās ؓ: No wind ever blew without the Prophet ﷺ getting down on his knees and saying, "O Allāh, make it a mercy and do not make it a punishment." [Reported by Ash-Shāfi'i and At-Tabarāni].

405. Narrated (Ibn 'Abbās) ؓ: He (the Prophet ﷺ) prayed during an earthquake six bowings and four prostrations, and said, "This is the way the Prayer of the Signs (of Allah)[1] (صلاة الآيات) is offered. [Reported by Al-Baihaqi. Ash-Shāfi'i reported a similar *Hadīth* without its end through 'Ali bin Abū Talib ؓ.

## Chapter 16
## SALAT-UL-ISTISQA[2]
## (PRAYER FOR RAIN)

406. Narrated Ibn 'Abbās ؓ: Allāh's Messenger ﷺ went out (of Al-Madinah, to pray for rain) humbling (himself), wearing rough clothes, submissive, walking slowly, supplicating (Allah). Then, he offered two *Rak'at* in the

---

[1] This *Hadīth* tells us that in the event of an untoward occurrence, whether an earthly disaster (i.e. an earthquake, an avalanche, etc.) or a catastrophe descending from the sky (i.e. a hurricane, sand-storm, snow-storm, etc.) which inflicts pain and grief on the creatures, people must immediately take upon themselves to offer this prayer which is known as *Salātul-Ayāt*.

[2] The lexical meaning of *Istisqa'* is "to demand or to ask for water". In the terminology of *Shari'a* (Islamic law), it is typically used for conducting a special prayer gathering wherein supplications are offered to invoke rain. *Istisqa'* is of three kinds: 1) *Adna* (the least one). 2)