# Exhibit 7



# SAHIH BUKHARI

*Translator: M. Muhsin Khan*

About the author:

Sahih Bukhari is a collection of sayings and deeds of Prophet Muhammad (pbuh), also known as the sunnah. The reports of the Prophet's sayings and deeds are called ahadith. Bukhari lived a couple of centuries after the Prophet's death and worked extremely hard to collect his ahadith. Each report in his collection was checked for compatibility with the Qur'an, and the veracity of the chain of reporters had to be painstakingly established. Bukhari's collection is recognized by the overwhelming majority of the Muslim world to be one of the most authentic collections of the Sunnah of the Prophet (pbuh).

Bukhari (full name Abu Abdullah Muhammad bin Ismail bin Ibrahim bin al-Mughira al-Ja'fai) was born in 194 A.H. and died in 256 A.H. His collection of hadith is considered second to none. He spent sixteen years compiling it, and ended up with 2,602 hadith (9,082 with repetition). His criteria for acceptance into the collection were amongst the most stringent of all the scholars of ahadith.

It is important to realize, however, that Bukhari's collection is not complete: there are other scholars who worked as Bukhari did and collected other authentic reports.

Document Information:

1st edition

Edited by: Mika'il al-Almany

Created: 2009-10-02 17:41:54

Last modified: 2009-10-11 23:46:24

Version: 0910112346244624-21

SAHIH BUKHARI >

# Content

**Volume 1** .................................................................................................................................. 6

    Book 1: Revelation ........................................................................................................... 7

    Book 2: Belief ................................................................................................................. 13

    Book 3: Knowledge ....................................................................................................... 26

    Book 4: Ablutions (Wudu') ............................................................................................ 48

    Book 5: Bathing (Ghusl) ................................................................................................ 72

    Book 6: Menstrual Periods ............................................................................................. 81

    Book 7: Rubbing hands and feet with dust (Tayammum) ............................................. 89

    Book 8: Prayers (Salat) .................................................................................................. 94

    Book 9: Virtues of the Prayer Hall (Sutra of the Musalla) .......................................... 124

    Book 10: Times of the Prayers .................................................................................... 130

    Book 11: Call to Prayers (Adhaan) .............................................................................. 148

    Book 12: Characteristics of Prayer .............................................................................. 175

**Volume 2** .............................................................................................................................. 205

    Book 13: Friday Prayer ................................................................................................ 206

    Book 14: Fear Prayer ................................................................................................... 219

    Book 15: The Two Festivals (Eids) ............................................................................. 221

    Book 16: Witr Prayer ................................................................................................... 231

    Book 17: Invoking Allah for Rain (Istisqaa) ............................................................... 234

    Book 18: Eclipses ........................................................................................................ 242

    Book 19: Prostration During Recital of Qur'an .......................................................... 249

    Book 20: Shortening the Prayers (At-Taqseer) ........................................................... 252

    Book 21: Prayer at Night (Tahajjud) ........................................................................... 259

    Book 22: Actions while Praying .................................................................................. 275

    Book 23: Funerals (Al-Janaa'iz) .................................................................................. 286

    Book 24: Obligatory Charity Tax (Zakat) ................................................................... 323

    Book 25: Obligatory Charity Tax After Ramadaan (Zakat ul Fitr) ............................. 346

    Book 26: Pilgrimmage (Hajj) ....................................................................................... 349

**Volume 3** .............................................................................................................................. 402

    Book 27: Minor Pilgrammage (Umra) ........................................................................ 403

    Book 28: Pilgrims Prevented from Completing the Pilgrimmage .............................. 412

    Book 29: Penalty of Hunting while on Pilgrimmage .................................................. 416

    Book 30: Virtues of Madinah ...................................................................................... 426

    Book 31: Fasting .......................................................................................................... 432

Book 32: Praying at Night in Ramadaan (Taraweeh) ..................................................................456

Book 33: Retiring to a Mosque for Remembrance of Allah (I'tikaf) ..........................................460

Book 34: Sales and Trade ............................................................................................................465

Book 35: Sales in which a Price is paid for Goods to be Delivered Later (As-Salam) .......503

Book 36: Hiring ............................................................................................................................507

Book 37: Transferance of a Debt from One Person to Another (Al-Hawaala) ....................514

Book 38: Representation, Authorization, Business by Proxy .................................................519

Book 39: Agriculture ...................................................................................................................525

Book 40: Distribution of Water .................................................................................................533

Book 41: Loans, Payment of Loans, Freezing of Property, Bankruptcy ................................541

Book 42: Lost Things Picked up by Someone (Luqaata) ........................................................551

Book 43: Oppressions .................................................................................................................555

Book 44: Partnership ..................................................................................................................566

Book 45: Mortgaging ..................................................................................................................572

Book 46: Manumission of Slaves ..............................................................................................574

Book 47: Gifts ..............................................................................................................................585

Book 48: Witnesses ....................................................................................................................600

Book 49: Peacemaking ...............................................................................................................615

Book 50: Conditions ...................................................................................................................621

**Volume 4** ...................................................................................................................................632

Book 51: Wills and Testaments (Wasaayaa) ............................................................................633

Book 52: Fighting for the Cause of Allah (Jihaad) ...................................................................643

Book 53: One-fifth of Booty to the Cause of Allah (Khumus) ................................................713

Book 54: Beginning of Creation ................................................................................................742

Book 55: Prophets .......................................................................................................................770

Book 56: Virtues and Merits of the Prophet (pbuh) and his Companions ...........................804

**Volume 5** ...................................................................................................................................851

Book 57: Companions of the Prophet ......................................................................................852

Book 58: Merits of the Helpers in Madinah (Ansaar) .............................................................884

Book 59: Military Expeditions led by the Prophet (pbuh) (Al-Maghaazi) ............................932

**Volume 6** ...................................................................................................................................968

Book 60: Prophetic Commentary on the Qur'an (Tafseer of the Prophet (pbuh)) .............969

Book 61: Virtues of the Qur'an ...............................................................................................1111

**Volume 7** ..................................................................................................................................1131

Book 62: Wedlock, Marriage (Nikaah) ....................................................................................1132

Book 63: Divorce .......................................................................................................................1177

Book 64: Supporting the Family .................................................................................................1199

Book 65: Food, Meals ..................................................................................................................1205

Book 66: Sacrifice on Occasion of Birth (`Aqiqa) .......................................................................1225

Book 67: Hunting, Slaughtering ..................................................................................................1227

Book 68: Al-Adha Festival Sacrifice (Adaahi) ............................................................................1242

Book 69: Drinks ............................................................................................................................1249

Book 70: Patients .........................................................................................................................1262

Book 71: Medicine .......................................................................................................................1271

Book 72: Dress .............................................................................................................................1292

**Volume 8** .......................................................................................................................................**1329**

Book 73: Good Manners and Form (Al-Adab) ...........................................................................1330

Book 74: Asking Permission .......................................................................................................1388

Book 75: Invocations ...................................................................................................................1406

Book 76: To make the Heart Tender (Ar-Riqaq) ........................................................................1431

Book 77: Divine Will (Al-Qadar) ..................................................................................................1472

Book 78: Oaths and Vows ...........................................................................................................1479

Book 79: Expiation for Unfulfilled Oaths ...................................................................................1498

Book 80: Laws of Inheritance (Al-Faraa'id) ................................................................................1503

Book 81: Limits and Punishments set by Allah (Hudood) ........................................................1514

Book 82: Punishment of Disbelievers at War with Allah and His Apostle ..............................1521

**Volume 9** .......................................................................................................................................**1537**

Book 84: Dealing with Apostates ...............................................................................................1538

Book 85: Saying Something under Compulsion (Ikraah) .........................................................1544

Book 86: Tricks ............................................................................................................................1547

Book 87: Interpretation of Dreams .............................................................................................1555

Book 88: Afflictions and the End of the World ..........................................................................1572

Book 89: Judgments (Ahkaam) ..................................................................................................1591

Book 90: Wishes ..........................................................................................................................1612

Book 91: Accepting Information Given by a Truthful Person ..................................................1617

Book 92: Holding Fast to the Qur'an and Sunnah .....................................................................1623

Book 93: Oneness, Uniqueness of Allah (Tawheed) .................................................................1649

# Book 18: Eclipses

### Volume 2, Book 18, Number 150:

Narrated Abu Bakra:

We were with Allah's Apostle when the sun eclipsed. Allah's Apostle stood up dragging his cloak till he entered the Mosque. He led us in a two-Rakat prayer till the sun (eclipse) had cleared. Then the Prophet (p.b.u.h) said, "The sun and the moon do not eclipse because of someone's death. So whenever you see these eclipses pray and invoke (Allah) till the eclipse is over."

### Volume 2, Book 18, Number 151:

Narrated Abu Masud:

The Prophet said, "The sun and the moon do not eclipse because of the death of someone from the people but they are two signs amongst the signs of Allah. When you see them stand up and pray."

### Volume 2, Book 18, Number 152:

Narrated Ibn 'Umar:

The Prophet said, "The sun and the moon do not eclipse because of the death or life (i.e. birth) of someone but they are two signs amongst the signs of Allah. When you see them offer the prayer."

### Volume 2, Book 18, Number 153:

Narrated Al-Mughira bin Shu'ba:

"The sun eclipsed in the life-time of Allah's Apostle on the day when (his son) Ibrahim died. So the people said that the sun had eclipsed because of the death of Ibrahim. Allah's Apostle said, "The sun and the moon do not eclipse because of the death or life (i.e. birth) of some-one. When you see the eclipse pray and invoke Allah."

### Volume 2, Book 18, Number 154:

Narrated 'Aisha:

In the life-time of Allah's Apostle (p.b.u.h) the sun eclipsed, so he led the people in prayer, and stood up and performed a long Qiyam, then bowed for a long while. He stood up again and performed a long Qiyam but this time the period of standing was shorter than the first. He bowed again for a long time but shorter than the first one, then he prostrated and prolonged the prostration. He

did the same in the second Raka as he did in the first and then finished the prayer; by then the sun (eclipse) had cleared. He delivered the Khutba (sermon) and after praising and glorifying Allah he said, "The sun and the moon are two signs against the signs of Allah; they do not eclipse on the death or life of anyone. So when you see the eclipse, remember Allah and say Takbir, pray and give Sadaqa." The Prophet then said, "O followers of Muhammad! By Allah! There is none who has more ghaira (self-respect) than Allah as He has forbidden that His slaves, male or female commit adultery (illegal sexual intercourse). O followers of Muhammad! By Allah! If you knew that which I know you would laugh little and weep much.

## Volume 2, Book 18, Number 155:

Narrated 'Abdullah bin 'Amr:

"When the sun eclipsed in the life-time of Allah's Apostle an announcement was made that a prayer was to be offered in congregation."

## Volume 2, Book 18, Number 156:

Narrated 'Aisha:

(the wife of the Prophet (p.b.u.h) In the lifetime of the Prophet the sun eclipsed and he went to the Mosque and the people aligned behind him. He said the Takbir (starting the prayer) and prolonged the recitation (from the Quran) and then said Takbir and performed a prolonged bowing; then he (lifted his head and) said, "Sami allahu liman hamidah" (Allah heard him who sent his praises to Him). He then did not prostrate but stood up and recited a prolonged recitation which was shorter than the first recitation. He again said Takbir and then bowed a prolonged bowing but shorter than the first one and then said, "Sami 'a-l-lahu Lyman hamidah Rabbana walak-lhamd, (Allah heard him who sent his praises to Him. O our Sustainer! All the praises are for You)" and then prostrated and did the same in the second Raka; thus he completed four bowing and four prostrations. The sun (eclipse) had cleared before he finished the prayer. (After the prayer) he stood up, glorified and praised Allah as He deserved and then said, "The sun and the moon are two of the signs of Allah. They do not eclipse because of the death or the life (i.e. birth) of someone. When you see them make haste for the prayer." Narrated Az-Zuhri: I said to 'Ursa, "When the sun eclipsed at Medina your brother ('Abdullah bin Az-Zubair) offered only a two-Rakat prayer like that of the morning (Fajr) prayer." 'Ursa replied, "Yes, for he missed the Prophet's tradition (concerning this matter)."

## Volume 2, Book 18, Number 157:

Narrated Aisha:

(the wife of the Prophet) On the day when the sun Khasafat (eclipsed) Allah's Apostle prayed; he stood up and said Takbir and recited a prolonged recitation, then he performed a prolonged bowing,

then he raised his head and said, "Sami'a-l-lahu Lyman Hamidah," and then remained standing and recited a prolonged recitation which was shorter than the first. Then he performed a prolonged bowing which was shorter than the first. Then he prostrated and prolonged the prostration and he did the same in the second Raka as in the first and then finished the prayer with Taslim. By that time the sun (eclipse) had cleared He addressed the people and said, "The sun and the moon are two of the signs of Allah; they do not eclipse (Yakhsifan) because of the death or the life (i.e. birth) of someone. So when you see them make haste for the prayer."

## Volume 2, Book 18, Number 158:

Narrated Abu Bakra:

Allah's Apostle said: "The sun and the moon are two signs amongst the signs of Allah and they do not eclipse because of the death of someone but Allah frightens His devotees with them."

## Volume 2, Book 18, Number 159:

Narrated 'Amra bint 'AbdurRahman:

A Jewess came to ask 'Aisha (the wife of the Prophet) about something. She said to her, "May Allah give you refuge from the punishment of the grave." So 'Aisha ' asked Allah's Apostle "Would the people be punished in their graves?" Allah's Apostle after seeking refuge with Allah from the punishment of the grave (and thus replied in the affirmative). Then one day, Allah's Apostle rode to go to some place but the sun eclipsed. He returned in the forenoon and passed through the rear of the dwellings (of his wives) and stood for the (eclipse) prayer, and the people stood behind him. He stood up for a long period and then performed a prolonged bowing which was shorter than the first bowing. Then he raised his head and prostrated. Then he stood up (for the second Raka) for a long while but the standing was shorter than that of the first Raka. Then he performed a prolonged bowing which was shorter than the first one. Then he raised his head and prostrated. Then he stood up for a long time but shorter than the first. Then he performed a prolonged bowing but shorter than the first. Then he raised his head and prostrated and finished the prayer and (then delivered the sermon and) said as much as Allah wished. And then he ordered the people to seek refuge with Allah from the punishment of the grave.

## Volume 2, Book 18, Number 160:

Narrated 'Abdullah bin 'Amr

When the sun eclipsed in the lifetime of Allah's Apostle and an announcement was made that the prayer was to be held in congregation. The Prophet performed two bowing in one Raka. Then he stood up and performed two bowing in one Raka. Then he sat down and finished the prayer; and by then the (eclipse) had cleared 'Aisha said, "I had never performed such a long prostration."

## Volume 2, Book 18, Number 161:

Narrated 'Abdullah bin Abbas:

The sun eclipsed in the life-time of the Prophet (p.b.u.h) . Allah's Apostle offered the eclipse prayer and stood for a long period equal to the period in which one could recite Surat-al-Baqara. Then he bowed for a long time and then stood up for a long period which was shorter than that of the first standing, then bowed again for a long time but for a shorter period than the first; then he prostrated twice and then stood up for a long period which was shorter than that of the first standing; then he bowed for a long time which was shorter than the previous one, and then he raised his head and stood up for a long period which was shorter than the first standing, then he bowed for a long time which was shorter than the first bowing, and then prostrated (twice) and finished the prayer. By then, the sun (eclipse) had cleared. The Prophet then said, "The sun and the moon are two of the signs of Allah. They eclipse neither because of the death of somebody nor because of his life (i.e. birth). So when you see them, remember Allah." The people say, "O Allah's Apostle! We saw you taking something from your place and then we saw you retreating." The Prophet replied, "I saw Paradise and stretched my hands towards a bunch (of its fruits) and had I taken it, you would have eaten from it as long as the world remains. I also saw the Hell-fire and I had never seen such a horrible sight. I saw that most of the inhabitants were women." The people asked, "O Allah's Apostle! Why is it so?" The Prophet replied, "Because of their ungratefulness." It was asked whether they are ungrateful to Allah. The Prophet said, "They are ungrateful to their companions of life (husbands) and ungrateful to good deeds. If you are benevolent to one of them throughout the life and if she sees anything (undesirable) in you, she will say, 'I have never had any good from you.' "

## Volume 2, Book 18, Number 162:

Narrated Fatima bint Al-Mundhir:

Asma' bint Al Bakr said, "I came to 'Aisha the wife of the Prophet (p.b.u.h) during the solar eclipse. The people were standing and offering the prayer and she was also praying too. I asked her, 'What has happened to the people?' She pointed out with her hand towards the sky and said, 'Subhan-Allah'. I said, 'Is there a sign?' She pointed out in the affirmative." Asma' further said, "I too then stood up for the prayer till I fainted and then poured water on my head. When Allah's Apostle had finished his prayer, he thanked and praised Allah and said, 'I have seen at this place of mine what I have never seen even Paradise and Hell. No doubt, it has been inspired to me that you will be put to trial in the graves like or nearly like the trial of (Masih) Ad-Dajjal. (I do not know which one of the two Asma' said.) (The angels) will come to everyone of you and will ask what do you know about this man (i.e. Muhammad). The believer or a firm believer (I do not know which word Asma' said) will reply, 'He is Muhammad, Allah's Apostle (p.b.u.h) who came to us with clear evidences and guidance, so we accepted his teachings, believed and followed him.' The angels will then say to him, 'Sleep peacefully as we knew surely that you were a firm believer.' The hypocrite or doubtful person (I do

not know which word Asma' said) will say, 'I do not know. I heard the people saying something so I said it (the same).' "

## Volume 2, Book 18, Number 163:

Narrated Asma:

No doubt the Prophet ordered people to manumit slaves during the solar eclipse.

## Volume 2, Book 18, Number 164:

Narrated 'Amra bint 'AbdurRahman:

A Jewess came to 'Aisha to ask her about something and then she said, "May Allah give you refuge from the punishment of the grave." So 'Aisha asked Allah's Apostle, "Would the people be punished in their graves?" Allah's Apostle asked Allah's refuge from the punishment of the grave (indicating an affirmative reply). Then one day Allah's Apostle rode (to leave for some place) but the sun eclipsed. He returned on the forenoon and passed through the rear of the dwellings (of his wives) and stood up and started offering the (eclipse) prayer and the people stood behind him. He stood for a long period and then performed a long bowing and then stood straight for a long period which was shorter than that of the first standing, then he performed a prolonged bowing which was shorter than the first bowing, then he raised his head and prostrated for a long time and then stood up (for the second Raka) for a long while, but the standing was shorter than the standing of the first Raka. Then he performed a prolonged bowing which was shorter than that of the first one. He then stood up for a long time but shorter than the first, then again performed a long bowing which was shorter than the first and then prostrated for a shorter while than that of the first prostration. Then he finished the prayer and delivered the sermon and) said what Allah wished; and ordered the people to seek refuge with Allah from the punishment of the grave.

## Volume 2, Book 18, Number 165:

Narrated Abu Masud:

Allah's Apostle said, "The sun and the moon do not eclipse because of someone's death or life but they are two signs amongst the signs of Allah, so pray whenever you see them."

## Volume 2, Book 18, Number 166:

Narrated 'Aisha:

In the lifetime of the Prophet the sun eclipsed and the Prophet (p.b.u.h) stood up to offer the prayer with the people and recited a long recitation, then he performed a prolonged bowing, and then lifted his head and recited a prolonged recitation which was shorter than the first. Then he per-

formed a prolonged bowing which was shorter than the first and then lifted his head and performed two prostrations. He then stood up for the second Raka and offered it like the first. Then he stood up and said, "The sun and the moon do not eclipse because of someone's life or death but they are two signs amongst the signs of Allah which He shows to His worshipers. So whenever you see them, make haste for the prayer."

## Volume 2, Book 18, Number 167:

Narrated Abu Musa:

The sun eclipsed and the Prophet got up, being afraid that it might be the Hour (i.e. Day of Judgment). He went to the Mosque and offered the prayer with the longest Qiyam, bowing and prostration that I had ever seen him doing. Then he said, "These signs which Allah sends do not occur because of the life or death of somebody, but Allah makes His worshipers afraid by them. So when you see anything thereof, proceed to remember Allah, invoke Him and ask for His forgiveness."

## Volume 2, Book 18, Number 168:

Narrated Al-Mughira bin Shu'ba:

On the day of Ibrahim's death, the sun eclipsed and the people said that the eclipse was due to the death of Ibrahim (the son of the Prophet). Allah's Apostle said, "The sun and the moon are two signs amongst the signs of Allah. They do not eclipse because of someone's death or life. So when you see them, invoke Allah and pray till the eclipse is clear."

## Volume 2, Book 18, Number 169:

Narrated Abu Bakra:

In the life-time of the Prophet the sun eclipsed and then he offered a two Rakat prayer.

## Volume 2, Book 18, Number 170:

Narrated Abu Bakra:

In the life-time of the Allah's Apostle (p.b.u.h) the sun eclipsed and he went out dragging his clothes till he reached the Mosque. The people gathered around him and he led them and offered two Rakat. When the sun (eclipse) cleared, he said, "The sun and the moon are two signs amongst the signs of Allah; they do not eclipse because of the death of someone, and so when an eclipse occurs, pray and invoke Allah till the eclipse is over." It happened that a son of the Prophet called Ibrahim died on that day and the people were talking about that (saying that the eclipse was caused by his death).

## Volume 2, Book 18, Number 171:

Narrated Aisha:

The Prophet led us and performed four bowing in two Rakat during the solar eclipse and the first Raka was longer.

## Volume 2, Book 18, Number 172:

Narrated 'Aisha:

The Prophet (p.b.u.h) recited (the Quran) aloud during the eclipse prayer and when he had finished the eclipse prayer he said the Takbir and bowed. When he stood straight from bowing he would say "Sami 'al-l-ahu Lyman hamidah Rabbana walaka-l-hamd." And he would again start reciting. In the eclipse prayer there are four bowing and four prostrations in two Rakat. Al-Auza'i and others said that they had heard Az-Zuhi from 'Ursa from 'Aisha saying, "In the life-time of Allah's Apostle the sun eclipsed, and he made a person to announce: 'Prayer in congregation.' He led the prayer and performed four bowing and four prostrations in two Rakat." Narrated Al-Walid that 'Abdur-Rahman bin Namir had informed him that he had heard the same. Ibn Shihab heard the same. Az-Zuhrl said, "I asked ('Ursa), 'What did your brother 'Abdullah bin AzZubair do? He prayed two Rakat (of the eclipse prayer) like the morning prayer, when he offered the (eclipse) prayer in Median.' 'Ursa replied that he had missed (i.e. did not pray according to) the Prophet's tradition." Sulaiman bin Kathir and Sufyan bin Husain narrated from Az-Zuhri that the prayer for the eclipse used to be offered with loud recitation.