Exhibit  11







# 2017 National Convention

LOCAL CENTER ▾     ACTIVISM ▾     NEWS & BLOG     ABOUT US ▾     SHOP

DONATE

Join us in North Charleston for the total solar eclipse and our National Convention! Day passes will be available on site for $89 or, if you are a resident of the Carolinas or Georgia, you can purchase a Local Activist Pass for just $100!

**REGISTER TODAY!**

We will present a conference focused on science, space, technology, and (of course) atheism featuring prominent academics, scientists, and community leaders during the weekend and, on Monday, will host an eclipse watch-party in North Charleston.

The Charleston area is the last major city in the path of the eclipse's path. This is the first total solar eclipse to cross the continental United States since the 1970s!

**Come be a part of this amazing opportunity to see one of the rarest astronomical phenomena and hear from speakers you're not going to find anywhere else.**

# Schedule of Events

Speakers will be featured on Saturday and Sunday, August 19 & 20. As always, we will present a broad range of speakers representing the diversity and depth of our community. Speakers will cover a broad range of topics, but we will pay particular attention to the intersection of the sciences and atheism.

A list of speakers is available here.

On Monday, August 21, we will host an eclipse viewing party. The partial eclipse will begin at 1:15pm with totality occurring at approximately 2:45pm EDT. American Atheists will provide viewing glasses for eclipse party attendees. Snacks and a cash bar will be available.

# Pre-Convention Debate

American Atheists is proud to sponsor a debate between Dr. Ed Buckner, former president and board member of American Atheists, and Dr. Wallace Marshall of Reasonable Faith, Charleston on the topic "Is the United States a Christian Nation?"

This debate will be moderated by Dr. Herb Silverman, the founder and president emeritus of the Secular Coalition for America and a Professor Emeritus of Mathematics at the College of Charleston.

More information is available here.

# Venue

The convention will be held at the North Charleston Marriott in North Charleston, South Carolina.

To book your room at the North Charleston Marriot with our special group rate of $119 per night, please click here. UPDATE: The main convention hotel's room block has sold out. However, we have secured four (yes, four!) overflow hotels with special group rates

Case 9:24-cv-00450-MAD-CFH    Document 3-13    Filed 03/29/24    Page 4 of 5

~~and shuttles to get you between your hotel and the convention. More information is~~
~~available here.~~

The special room blocks at the overflow hotels have been released to the public.

The North Charleston Marriott has free parking on site if you are traveling to the convention from another hotel.

f   🐦   ⊙   ✉

## 2017 National Convention

▶ Purchase Tickets

▶ Location & Hotel

▶ Schedule

▶ Frequently Asked Questions

▶ Pricing

▶ Speakers

▶ Pre-Convention Debate

▶ Code of Conduct

▶ Getting to the Convention

▶ Exhibitors & Sponsors



For more than 55 years, American Atheists has fought to protect the absolute separation of religion from government and to elevate atheists and atheism in our nation's public and political discourse.

**QUICK LINKS**

▶ Support Our Work

▶ News & Blog

▶ Frequently Asked Legal Questions

▶ Contact Us

**OUR LATEST TWEETS**

My Tweets

© American Atheists, Inc. | 225 Cristiani St. Cranford NJ 07016 | (908) 276-7300

