# Exhibit 13



GIVE NOW



MENU



# Upcoming Solar Eclipse Gives Churches 'Avenue to Reach People with the Good News of Jesus Christ'

**TALIA WISE**

03-01-2024

## Share This Article

Eclipse chasers are heading to Texas this spring to watch the moon completely block the sun for nearly five minutes. It's a phenomenon that one former scientist and Christian says is an opportunity ripe for evangelism.

3/29/24, 11:54 AM  Upcoming Solar Eclipse Gives Churches Avenue to Reach People with the Good News of Jesus Christ | CBN News

Case 9:24-cv-00450-MAD-CFH   Document 3-14   Filed 03/29/24   Page 3 of 10

A total solar eclipse is expected to take place on April 8 and the path of totality – the path where the moon's disk completely blocks the sun – will have millions flocking to the Lone Star State to experience the rare sight.

According to Forbes, anywhere from 270,000 to 1 million eclipse-chasing visitors from around the globe will join Texas' 13 million hill country residents.

"During totality, which here in Kerrville is going to be 4 minutes and 26 seconds at my house, the sky is going to be so dark, like night," Jeff Stone, an eclipse enthusiast, known as the "eclipse guy", and former NASA employee told Baptist Press.

"You'll be able to see stars. Granted, you won't see all the stars that you normally do, but you'll be able to see the bright stars. And, in the case of this one.... You'll also be able to see all the naked-eye planets, and I think that is going to be crazy cool," he added.

***Please sign up for CBN Newsletters and download the CBN News app to ensure you keep receiving the latest news from a distinctly Christian perspective.***

Stone once traveled to Mexico to witness seven minutes of a total eclipse and in 2017, he traveled to Missouri to experience two minutes of it.

He and his wife will be hosting eclipse enthusiasts at their home from as far away as Sweden on April 8.

And they are not the only ones preparing.

Coryell Community Church in Gatesville, TX will be hosting a watch party that will include live music, games, food, and worship.

"God is going to show us His power again," Stone said.

Stone, who attends Trinity Baptist Kerrville, likens the effects of watching an eclipse to what it must have been like when darkness cloaked the earth during Jesus' crucifixion.

To have skies dark enough to see stars in daytime hours during totality, "is still blowing my mind to even think about it" Stone said.

The Bible also has more to say about celestial events in general, beyond solar eclipses. The scriptures talk about signs in the heavens quite a few times, especially

3/29/24, 11:54 AM Upcoming Solar Eclipse Gives Churches Avenue to Reach People with the Good News of Jesus Christ | CBN News

Case 9:24-cv-00450-MAD-CFH   Document 3-14   Filed 03/29/24   Page 4 of 10

related to the moon and sun.

Jesus says in Luke 21:25-28, *"And there will be signs in sun and moon and stars, and on the earth distress of nations in perplexity because of the roaring of the sea and the waves, people fainting with fear and with foreboding of what is coming on the world. For the powers of the heavens will be shaken. And then they will see the Son of Man coming in a cloud with power and great glory. Now when these things begin to take place, straighten up and raise your heads because your redemption is drawing near."*

Psalms 19:1 says more broadly*, "The heavens declare the glory of God; the skies proclaim the work of his hands."*

[2021: 'Super Blood Moon' and a 'Ring of Fire' - Here's What the Bible Says About Celestial Phenomena](#)

"A total eclipse is much more spectacular. A total eclipse is unbelievable," Stone said.

He adds that as millions flock to the area, churches can prepare to share the Gospel.

Flyover Texas for the Total Solar Eclipse of April 8, 2024

Warren Gasaway, Evangelism + Church Health and College + Young Leaders team leader at the Arkansas Baptist State Convention, writes that Arkansas will see up to 1.5 million visitors for the eclipse.

"Pray for the Lord to move in powerful ways through His creation. God is faithful to reveal and draw people to Himself. Let's ask Him to do that as 1.5 million people make

3/29/24, 11:54 AM
Case 9:24-cv-00450-MAD-CFH Document 31-4 Filed 03/29/24 Page 5 of 10
Upcoming Solar Eclipse Gives Churches Avenue to Reach People with the Good News of Jesus Christ | CBN News

their way to Arkansas looking for the eclipse but ultimately encountering the Savior," he wrote.

"There is no doubt that the Church can use the solar eclipse as an avenue to reach people with the good news of Jesus Christ," Gasaway added.

**READ** *When We See the Face of God: Why the 2017 Solar Eclipse Was a God-Shaped Shadow of Eternity*



**Share This Article**

## About The Author

### Talia Wise

Talia Wise has served as a multi-media producer for CBNNews.com, CBN Newswatch, The Prayer Link, and CBN News social media outlets. Prior to joining CBN News she worked for Fox Sports Florida producing and reporting. Talia earned a master's degree in journalism from Regent University and a bachelor's degree from the University of Virginia.

More

## Unlock the best from CBN.

3/29/24, 11:54 AM
Upcoming Solar Eclipse Gives Churches Avenue to Reach People with the Good News of Jesus Christ | CBN News

Case 9:24-cv-80450-MD-CFH Document 3-1-4 Filed 03/29/24 Page 6 of 10

| Email Address | SIGN UP |

## More News



WORLD

**Christian Conservationists Lead Rescue Effort as Half of Migratory Species...**



US

### Cold-Case Investigator Turns to Science to Disprove Christ's Resurrection, Gets...



ISRAEL

### Psalm 22: An Amazingly Accurate, Faith-Building Prophecy of Christ's Death on...

SHOWS

NEWS

FAITH

3/29/24, 11:54 AM
Upcoming Solar Eclipse Gives Churches Avenue to Reach People with the Good News of Jesus Christ | CBN News
Case 9:24-cv-00450-MAD-CFH   Document 3-14   Filed 03/29/24   Page 8 of 10

MINISTRIES

LISTEN

WAYS TO GIVE

CBN ANIMATION

CONNECT

Radio     CBN Family     Apps     Bible



Send Us Your Prayer Request



Watch CBN News



3/29/24, 11:54 AM Upcoming Solar Eclipse Gives Churches Avenue to Reach People with the Good News of Jesus Christ | CBN News

Case 9:24-cv-00450-MAD-CFH Document 3-14 Filed 03/29/24 Page 9 of 10

About CBN's Ministries



Give to CBN

Unlock the best from CBN.

Email Address | SIGN UP

Connect with CBN

   

© 2023 The Christian Broadcasting Network, Inc., A nonprofit 501 (c)(3) Charitable Organization.

Terms of use  l  Privacy Policy  l  Donor Privacy  l  CBN Cookie Policy  l  Third Party Cookies  l  myCBN

This website uses cookies to ensure you get the best experience on our website. *More info.*

3/29/24, 11:54 AM Upcoming Solar Eclipse Gives Churches Avenue to Reach People with the Good News of Jesus Christ! | CBN News

Case 9:24-cv-00450-MAD-CFH Document 31-4 Filed 03/29/24 Page 10 of 10

ALSO OF INTEREST

Choose to be Changed

Obtaining Mercy

Trusting God's Maps