

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

April 2, 2024

<u>Via ECF</u>
Honorable Mae A. D'Agostino
United States District Court
James T. Foley - U.S. Courthouse
445 Broadway, Room 509
Albany, NY 12207-2924

    Re:    *Zielinski v. NYS DOCCS, et al.*
             24-cv-00450 (MAD)(CFH)

Dear Judge D'Agostino:

    Defendants in the above-referenced action waive a hearing in connection with Plaintiffs' Motion for a Preliminary Injunction (ECF No. 3), and will respond to the motion pursuant to the briefing schedule set by the Court. Text Order, 3/29/2024.

                                      Respectfully submitted,

                                      *s/ Adrienne J. Kerwin*
                                      Adrienne J. Kerwin
                                      Assistant Attorney General
                                      Bar Roll No. 105154
                                      Adrienne.Kerwin@ag.ny.gov

cc (via ECF): All counsel of record