UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY ZIELINSKI, TRAVIS HUDSON, BRUCE MOSES, OSCAR NUNEZ, JEAN MARC DESMARAT, and DAVID HAIGH, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION (DOCCS); DOCCS ACTING COMMISSIONER DANIEL F. MARTUSCELLO III, *in his official capacity*; DOCCS SUPERINTENDENT DAVID HOWARD, *in his official capacity*; and DEPUTY SUPERINTENDENT FOR PROGRAM SERVICES DANIELLE GLEBOCKI, *in her official capacity*,<br><br>    Defendants. | No. 9:24-cv-00450-MAD-CFH<br><br>NOTICE OF VOLUNTARY DISCONTINUANCE BY REASON OF SETTLEMENT |

Plaintiffs Jeremy Zielinski, Travis Hudson, Bruce Moses, Oscar Nuñez, Jean Marc Desmarat, and David Haigh (the "Named Plaintiffs") hereby provide notice of voluntary discontinuance of the above-caption action because the parties have reached a favorable settlement of the matter. This voluntary discontinuance is with prejudice as to the Named Plaintiffs' individual claims and without prejudice as to the claims of the putative class members, pursuant to Fed. R. Civ. Procedure 41(a)(1)(A)(i), with each party bearing their / its own fees and costs.

Dated this 4th day of April, 2024.

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: ____April 5, 2024____
      Albany, NY

/s/ Christopher L. McArdle

Christopher L. McArdle, Esq.
Sharon Steinerman, Esq.
Madeline E. Byrd, Esq.
ALSTON & BIRD LLP

                                                90 Park Avenue
                                                New York, NY 10016
                                                (212) 210-9542
                                                chris.mcardle@alston.com
                                                sharon.steinerman@alston.com
                                                maddy.byrd@alston.com
                                                *Attorneys for Named Plaintiffs*